954 F.2d 731
 Jackson (Larry)
v.
Rowell (Brenda S.), Armstead (S.A.), Sheffield (Ray),
Pearson (Judge Richard), Drinkard (Daryl), Thomas (Dr.),
West (Dr.), Johnson (Willie), Huggins (Judge Freddie),
Gulsby (Jailer Bill), Brawford (Jailer Donald), Linton
(Jailer Jory), Newton (Jailer Mr.), Day (Jackson E.)
 NO. 90-7049
 United States Court of Appeals,
Eleventh Circuit.
 Feb 05, 1992
 S.D.Ala., 947 F.2d 1490
 
 1
 DENIALS OF REHEARING EN BANC.